HENRY ALKER, PUBLIC ADMINISTRATOR, AND AS SUCH ADMINISTRATOR, ETC., OF ALANSON MARSH, DECEASED, RESPONDENT, *v.* MORITZ SALOMON, EMANUEL SALOMON AND CHARLES SALOMON, APPELLANTS.

APPEAL from a judgment entered on the verdict of a jury, rendered at Circuit, and from an order denying a motion for a new trial.

Action for money laid out and expended, and charges and commissions incurred and earned by the respondent's intestate, while acting, as was alleged, as broker for the defendants in the sale and purchase of gold. The court, after reviewing the evidence, concluded that no error had been committed on the trial, and affirmed the judgment and order.

*E. L. Fancher*, for the appellants.

*A. J. Requier*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Judgment and order affirmed.